Charles Bisbines, Respondent, v. Evagelos Karagianakos, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Irving L. Ernst and Others, Respondents, v. Frederick Ruby, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Godfrey G. Dillaway, Appellant, v. Reuben Kester and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Morris Eskwitt, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment affirmed, with costs.' No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Luigi Camillo, Respondent, v. Peter De Lucca, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Rudolph Lewitus, Appellant, v. Brown & Seccomb, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Rose G. Goldstein, as Trustee, etc., Respondent, v. Adolph S. Hummel, Individually and as Executor, etc., of Minnie Hummel, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Evelyn Hamburg, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Benjamin Dampf v. General Hide and Skin Corporation.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Vincent J. Yardum, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Samuel Stark, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Litchfield Construction Company and Another v. The City of New York. — Preference granted for February 9, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The City of New York v. United States Wood Preserving Company, Defendant, Impleaded with Globe Indemnity Company and Another, Appellants. — Preference granted for February 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.